United States District Court
for the
Southern District of Florida

Seaboard Marine Ltd., Inc., Plaintiff, )
)
v. ) Civil Action No. 17-21815-Civ-Scola
)
Magnum Freight Corp., and others, ) **In Admiralty**
Defendants. )

## Judgment

The Court has granted Plaintiff Seaboard Marine Ltd., Inc.,'s motion to enforcement the parties' settlement agreement and to enter judgment against Defendant CVG Aluminios Nacionales S.A.. (ECF No. 94.) The Court now enters judgment in favor of Seaboard and against CVG in the amount of $41,250. This case is to remain closed.

**Done and ordered** at Miami, Florida, on October 17, 2018.

_____
Robert N. Scola, Jr.
United States District Judge